# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| FEISHENG LIANG, #26867-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-587 |
| | § | CRIMINAL ACTION NO. 4:17-cr-1(1) |
| UNITED STATES OF AMERICA | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 17, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #10) that the government's motion to dismiss (Dkt. #7) be granted, that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) be denied, and that the matter be dismissed with prejudice. Movant filed Objections (Dkt. #12) to the Report.

In the Objections, Movant reurges the arguments he made in his memorandum brief and disagrees with the Magistrate Judge's findings and conclusions. The Court has reviewed the tendered objections, and they generally add nothing new to Movant's prior contentions in this case. Furthermore, conclusory or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987); *see also Aldrich v. Bock*, 327 F. Supp. 2d 743, 747 (E.D. Mich. 2004) ("An 'objection' that does nothing more than state a disagreement with a magistrate's suggested resolution, or simply summarizes what has been presented before, is not an 'objection' as that term is used in this context."). Despite his arguments, Movant fails to show that the Report is in error or that he is entitled to relief.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #12) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that the government's motion to dismiss (Dkt. #7) is **GRANTED**, that the Motion to Vacate, Set Aside, or Correct Sentence (Dkt. #1) is **DENIED**, and that the matter is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 1st day of December, 2025.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE